UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP, INC. and Does 1–50, inclusive,<br><br>　　　　Defendant. | No.  2:16-cv-00531-MCE-CKD<br><br><br>**ORDER** |

Plaintiff originally filed this suit in the Superior Court of Sacramento on January 25, 2016.  Not. of Removal, ECF No. 1, ¶ 1.  It was removed to this Court on March 11, 2016, pursuant to the Court's federal question jurisdiction, as Plaintiff's Complaint included a claim under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601–2654.  Plaintiff now moves to amend her complaint so that she can remove her federal cause of action and to remand the case back to the Superior Court of Sacramento.  ECF No. 8.  Plaintiffs have provided a declaration stating that the parties "reached an agreement to allow Plaintiff to dismiss her FMLA claim and have the matter remanded to the Sacramento County Superior Court."  Decl. of Keith D. Cable, ECF No. 9, ¶ 4.  And indeed, Defendants have filed a Statement of Non-Opposition to Plaintiff's motion.  ECF No. 11.

1  Under Eastern District of California Local Rule 137(c), a proposed amended
2  complaint should have been attached to Plaintiff's Motion.  Accordingly, Plaintiff's Motion
3  and Defendant's Statement of Non-Opposition are construed as a stipulation to remand.
4  Therefore, the Court orders that this case be REMANDED to the Superior Court of
5  Sacramento. In light of the foregoing, the hearing set for March 23, 2017, at 2:00 p.m. is
6  VACATED.
7  IT IS SO ORDERED.
8  Dated:  March 17, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE